Juris Zanis PUPOLS and JZP
Enterprise–USA, Plaintiffs–
Appellants,

v.

UNITED STATES PATENT AND
TRADEMARK OFFICE,
Defendant–Appellee,

and

Topco Sales, Inc., Defendant–Appellee.

No. 2010–1245.

United States Court of Appeals,
Federal Circuit.

Sept. 10, 2010.

## ON MOTION

### ORDER

Juris Zanis Pupols moves for leave to proceed in forma pauperis and for appointment of an attorney.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for appointment of pro bono counsel is denied.

(3) The United States Patent and Trademark Office should calculate the due

date for its brief from the date of filing of this order.